**Ruth Gebru GEBRESSELASSIE, Petitioner,**

**v.**

**Michael B. MUKASEY, Respondent.**

No. 07–2193.

United States Court of Appeals, Fourth Circuit.

Submitted: Oct. 24, 2008.

Decided: Nov. 13, 2008.

Alan M. Parra, Law Office of Alan M. Parra, Silver Spring, Maryland, for Petitioner. Gregory G. Katsas, Acting Assistant Attorney General, James E. Grimes, Senior Litigation Counsel, Angela N. Liang, United States Department of Justice, Washington, D.C., for Respondent.

Before MOTZ, KING, and GREGORY, Circuit Judges.

Petition denied by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ruth Gebru Gebresselassie, a native and citizen of Ethiopia, petitions for review of an order of the Board of Immigration Appeals affirming without opinion the immigration judge's order denying Gebresselassie's motion to reconsider. We have reviewed the administrative record and find no abuse of discretion. *See Ogundipe v. Mukasey,* 541 F.3d 257, 263 (4th Cir.2008). Accordingly, we deny the petition for review. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*PETITION DENIED.*